PROB 12C
(6/16)

Report Date: June 7, 2019

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Severiano V Valle        Case Number: 0980 2:18CR00090-RMP-1

Address of Offender:        Royal City, Washington 99357

Name of Sentencing Judicial Officer:  The Honorable Edward J. Lodge, U.S. District Court Judge
Name of Supervising Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Court Judge

Date of Original Sentence: March 26, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 87 months; TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Not assigned | Date Supervision Commenced: | October 30, 2015 |
| Defense Attorney: | Not assigned | Date Supervision Expires: | October 29, 2019 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: The defendant not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at to a maximum of five (5) periodic drug tests a month thereafter, as directed by the probation officer. Cost to be paid by both the defendant and the government based upon the defendant's ability to pay. |

**Supporting Evidence**: Severiano V. Valle is considered in violation of his supervision by admitting to the use of methamphetamine on or about May 24, 2019, and June 2, 2019.

On November 5, 2015, a probation officer reviewed the conditions of supervised release outlined in the judgement and sentence with Mr. Valle. The offender reviewed and signed the document acknowledging he understood the imposed release conditions.

On May 23, 2019, Mr. Valle was directed to report to Social Opportunity Treatment Program (STOP) for urine drug testing after he failed to report for his color group. When asked, Mr. Valle admitted that he would likely be positive for illicit drug use. On May 24, 2019, the offender submitted to testing and admitted, in writing, to methamphetamine use

Prob12C
Re: Valle, Severiano V
June 7, 2019
Page 2

but could not remember the date last used. The sample was submitted for confirmation testing and on June 5, 2019, Alere Laboratory confirmed the sample was positive for the use of methamphetamine.

On June 3, 2019, Mr. Valle admitted in a voice mail left on the probation officer's telephone that he used methamphetamine on June 2, 2019, at approximately 8 p.m.

2   **Mandatory Condition # 3**: The defendant not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at to a maximum of five (5) periodic drug tests a month thereafter, as directed by the probation officer. Cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

**Supporting Evidence**: Severiano V. Valle is considered in violation of his supervision by failing to report for urine drug testing on May 22 and 29, 2019; and June 3, 2019.

On November 5, 2015, a probation officer reviewed the conditions of supervised release outlined in the judgement and sentence with Mr. Valle. The offender reviewed and signed the document acknowledging he understood the imposed release conditions.

On November 5, 2015, Mr. Valle signed the Substance Abuse Testing Instructions form, which directed the offender to call STOP each day and report on the day his group is directed to report for testing. On May 7, 2018, Mr. Valle was assigned to the color group "brown," and was directed to report for testing when directed by the contracting facility. May 22, 2019, Mr. Valle's color group was directed to report for testing by the contracting facility, STOP, but Mr. Valle did not report, nor did he contact the probation officer for other arrangements. On May 29, 2019, Mr. Valle's color group was again directed to report for urine testing and the offender did not report, nor did he contact the probation officer for other arrangements. When contacted, Mr. Valle stated that his back and knee were hurting too badly for him to report. On June 3, 2019, Mr. Valle's color group was direct to report for testing and he again failed to appear.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/07/2019

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

Prob12C
**Re: Valle, Severiano V**
**June 7, 2019**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

6/7/2019
Date